UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HENRY MORINELLI

v. CA 05-cv-170ML

UNITED STATES OF AMERICA

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the plaintiff to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said plaintiff in this cause until further order of the Court.

By Order

Barbara Barletta
Deputy Clerk
January 27, 2006

ENTER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
January 27, 2006