AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Henry Morinelli

APPEARANCE 05-170ML

v.

United States of America

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Henry Morinelli, Plaintiff

I certify that I am admitted to practice in this court.

2-9-06
*Date*

[signature]
*Signature*

Edward C. Roy, AFD #3029
*Print Name* *Bar Number*

10 Weybosset Street Suite 300
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-528-4281 401-528-4285
*Phone Number* *Fax Number*

his form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.