# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**HENRY MORINELLI,**
**Petitioner,**

**vs.** **C.A. N0. 05-170ML**

**UNITED STATES OF AMERICA,**
**Respondent.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[x] Decision by the Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the Respondent, UNITED STATES OF AMERICA, against the Petitioner, HENRY MORINELLI, pursuant to the Court's Oral Order entered on March 24, 2006, denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 18 U.S.C. § 2255.**

Enter:

Deputy Clerk

DATED: **March 24, 2006**